UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CURTIS DORSEY,

      Defendant.
_____/

Case No. 1:09:CR:81

HON. GORDON J. QUIST

## MEMORANDUM

Defendant Curtis Dorsey has filed a motion for modification or reduction of sentence pursuant to 18 U.S.C. §3582(c)(2) based on the modification of the Drug Quantity Table with respect to drug quantity.

Section 3582(c)(2) permits a court to reduce the term of imprisonment of a defendant who has been sentenced based on a sentencing range that has subsequently been lowered by the Sentencing Commission. 18 U.S.C. § 3582(c)(2). Amendment 782 of the United States Sentencing Guidelines modified U.S.S.G. § 2D1.1, the Drug Quantity Table with regard to drug quantity, and U.S.S.G. § 2D2.1(b). These modifications were made retroactive effective November 1, 2014. U.S.S.G. § 1B1.10(c).

However, the defendant is not eligible for a sentence modification because the mandatory minimum sentence of 120 months was imposed. No lower sentence is statutorily available. Accordingly, Defendant Curtis Dorsey's motion for modification of sentence pursuant to 18 U.S.C. § 3582(c)(2) and for appointment of counsel (docket no. 70) will be denied in a separate Order.

Dated: March 6, 2015

          /s/ Gordon J. Quist
        GORDON J. QUIST
UNITED STATES DISTRICT JUDGE